IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20846
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL ANGEL SILVA-JARA, a/k/a Angel Gomez,
a/k/a Jose Antonio Gonzalez,
a/k/a Carlos Nieto, a/k/a Wilson Rodriguez,
a/k/a Miguel Angel Rodriguez,
a/k/a Willie Rivera, a/k/a Angel M. Silva,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. CR-H-96-15-1
_____
June 26, 1997
Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Miguel Angel Silva-Jara appeals his sentence for illegal entry

following deportation.  Silva-Jara argues that the imposition of an

enhanced sentence under 8 U.S.C. § 1326(b) was plainly erroneous

because the indictment failed to allege and the government failed

to prove that he has a prior conviction for an aggravated felony.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

He also argues that his 115-month sentence constitutes cruel and unusual punishment because it is grossly disproportionate to his offense. Having reviewed the record and the briefs of the parties, we AFFIRM. See United States v. Vasquez-Olvera, 999 F.2d 943, 945-47 (5th Cir. 1993); United States v. Prudhome, 13 F.3d 147, 150 (5th Cir. 1994).

A F F I R M E D.